OPINION — AG — A COUNTY SHERIFF HAS NO AUTHORITY TO APPOINT A NON SALARIED DEPUTY SHERIFFS, OTHER THAN TO DEPUTE CERTAIN PERSONS TO DO PARTICULAR ACTS PURSUANT TO 19 O.S. 1979 Supp., 547 [19-547] . TO THE EXTENT THAT PREVIOUS OPINIONS ARE EXPRESSED ARE INCONSISTENT WITH 19 O.S. 1971 545 [19-545], THEY ARE HEREBY EXPRESSLY MODIFIED. CITE: 19 O.S. 1971 542 [19-542], 19 O.S. 1971 545 [19-545], 19 O.S. 1971 547 [19-547], 70 O.S. 1974 Supp., 3311 [70-3311], OPINION NO. 75-265, OPINION NO. 76-182 (TIMOTHY FRETS)